UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : MAGISTRATE NO.: 24-1067

v. Steven B. McKenzie :  CRIMINAL ACTION

: ORDER OF RELEASE

:

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

☒ Reporting, as directed, to U.S. Pretrial Services;

☐ Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

☐ Mental Health testing/treatment as directed by U.S. Pretrial Services:

☒ The defendant shall appear at all future court proceedings;

☐ Other:

_____  6/20/2024
DEFENDANT                        DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
U.S. MAGISTRATE JUDGE

DATE 6.20.24