UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. 24-1067<br>Violation No. 09961831 |
| v. | |
| STEVEN B. MCKENZIE | ORDER FOR DISMISSAL |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by Leave of the Court endorsed hereon, the United States Attorney for the District of New Jersey hereby dismisses the above offense, which was filed on **June 20, 2024**, charging the defendant with the following violation:

**Possession of Firearms and Dangerous Weapons in Federal Facilities**

The dismissal is without prejudice.

DATE: 15 Aug 24

BY: _____
LUKE D. WILSON, DAF, Civ
Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATE: 8.15.24

BY: _____
HONORABLE ANDREA DECHENNE BERGMAN
United States Magistrate Judge